IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES TED HERRING, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:20-cv-512-ECM |
| | ) (WO) |
| ROSALYN M. HOOPER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On August 4, 2022, the Magistrate Judge entered a Recommendation (doc. 50) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The Plaintiffs' motion to amend (doc. 45) is GRANTED.

3. The motions to dismiss (docs. 46 and 47) are GRANTED such that Sandra Ann Stokes' claims are DISMISSED without prejudice and Charles Ted Herring's claims are DISMISSED with prejudice.

4. This case is DISMISSED.

A separate Final Judgment will be entered.

DONE this 25th day of August, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE